1  JEFFREY M. VUCINICH, ESQ. BAR#: 67906
   PATRICK R. CO, ESQ. BAR #: 200160
2  CLAPP, MORONEY, BELLAGAMBA and VUCINICH
   A PROFESSIONAL CORPORATION
3  1111 Bayhill Drive, Suite 300
   San Bruno, CA 94066
4  (650) 989-5400  (650) 989-5499 FAX

5  Attorneys for Defendant
   CITY OF EAST PALO ALTO

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

11 | WILLIAM BRANNER,                        | CASE NO.: C08-04466 JF
12 |     Plaintiff,                          | STIPULATION AND [proposed] ORDER
                                             | TO REMOVE JOINT CASE
13 | v.                                      | MANAGEMENT STATEMENT FILED
                                             | BY PLAINTIFF
14 | EAST PALO ALTO POLICE
   | DEPARTMENT; DARREN
15 | MARSHBANK; DAVE CARSON; and
   | DOES 1 through 50, inclusive,
16 |
   |     Defendants.

19     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned on behalf
20 of their respective clients, which constitutes agreement between all of the parties to this matter and
21 their attorneys of record, that the Joint Case Management Statement, Document Number 17, filed in
22 error with this Court on February 2, 2009, shall be permanently removed from the Court's docket and
23 records, upon approval of this Stipulation and by the Court's signature of the following [proposed]
24 Order.

25 DATED: February 3, 2009            LAW OFFICES OF NORMAN NEWHOUSE

                                      By: _____
                                          NORMAN NEWHOUSE
                                          Attorney for Plaintiff WILLIAM BRANNER

DATED: February 3, 2009                CLAPP, MORONEY, BELLAGAMBA
                                       and VUCINICH

                                       By: _____
                                       PATRICK R. CO
                                       Attorney for Defendant CITY OF EAST PALO ALTO

## ORDER

Pursuant to Stipulation and for good cause showing, the Joint Case Management Statement, Document Number 17, is hereby removed PERMANENTLY from the Court's docket and records.

**IT IS SO ORDERED.**

Dated: 2/5/09                          By: _____
                                       HONORABLE JEREMY FOGL
                                       U.S. DISTRICT COURT JUDGE