JEFFREY M. VUCINICH, ESQ.   BAR#: 67906
PATRICK R. CO, ESQ.   BAR #: 200160
CLAPP, MORONEY, BELLAGAMBA, VUCINICH,
BEEMAN & SCHELEY
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA   94066
(650) 989-5400   (650) 989-5499 FAX

Attorneys for Defendant
CITY OF EAST PALO ALTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRANNER,<br><br>            Plaintiff,<br><br>v.<br><br>EAST PALO ALTO POLICE DEPARTMENT; DARREN MARSHBANK; DAVE CARSON; and DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO.:   C08-04466 JF<br><br>~~(proposed)~~ **ORDER EXCUSING PARTIES FROM ATTENDING MEDIATION ON May 11, 2009 AS MODIFIED** |

Defendants have requested that the individually named defendant(s), DAVE CARSON be excused from attending the mediation on May 11, 2009.  Dave Carson is currently employed as a police officer for the City of East Palo Alto.  Given that the individual defendant is being defended and indemnified by the City, there would be no unreasonably adverse impact on achieving a settlement in his absence.  In addition, counsel for plaintiff has no objection to his non-attendance.

///

///

///


[proposed] **ORDER EXCUSING PARTIES FROM ATTENDING MEDIATION ON May 11 , 2009; CASE NO. C08-04466 JF**

1   IT IS HEREBY ORDERED:

2   1)  DAVE CARSON is excused from attending the mediation on May 11, 2009, but he

3   must be reachable by telephone.

4   IT IS SO ORDERED.

5

6   Dated:  4/24/09

   _____
   HON. W

   *IT IS SO ORDERED AS MODIFIED*
   *Wayne D. Brazil*
   Judge Wayne D. Brazil

28  [proposed] **ORDER EXCUSING PARTIES FROM ATTENDING MEDIATION ON May 11 , 2009; CASE NO. C08-04466 JF**