JEFFREY M. VUCINICH, ESQ.  BAR#: 67906
PATRICK R. CO, ESQ.  BAR #: 200160
CLAPP, MORONEY, BELLAGAMBA, VUCINICH,
BEEMAN & SCHELEY
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA  94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendants
CITY OF EAST PALO ALTO and DAVE CARSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRANNER,<br><br>Plaintiff,<br><br>v.<br><br>EAST PALO ALTO POLICE DEPARTMENT; DARREN MARSHBANK; DAVE CARSON; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.:  C08-04466 JF<br><br>**STIPULATION AND [proposed] ORDER TO CONTINUE ADR COMPLETION DEADLINE** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that due to the fact that defendants have not had the opportunity to review plaintiff William Branner's medical records, it would be pointless to proceed with the mediation on May 11, 2009, before court-appointed mediator Fred Butler. The records were subpoenaed from Kaiser Permanente on February 6, 2009, and have not yet been received.  Counsel for defendant has been informed that the records are now being reviewed.  The person reviewing is working alone, and she is half way through reviewing the records.  The parties have agreed to continue the mediation from May 11, 2009 to June 29, 2009, at 10:00 a.m.  The parties also agree to continue the ADR Completion Deadline for 45 days from May 22, 2009 to July 6, 2009.   The parties further stipulate that all discovery and

1   motion deadlines pursuant to statutory and local rules will correspond with the ADR completion date.

2

3   DATED: *May 7, 2009*                    CLAPP, MORONEY, BELLAGAMBA, VUCINICH,
                                            BEEMAN and SCHELEY
4

5                              By:
                                            PATRICK R. CO
6

7

8   DATED:                                  LAW OFFICES OF NORMAN NEWHOUSE

9

10                             By: _____
                                            NORMAN NEWHOUSE
11

12

13  DATED: *5/7/09*           By: _____
                                            FREDERICK D. BUTLER
14

15

16                                       **ORDER**

17        This stipulation having been considered by the Court, and good cause appearing,

18  **IT IS HEREBY ORDERED:**

19        1.      The May 11, 2009 mediation date is vacated.

20        2.      The mediation has been rescheduled to June 26, 2009, at 10:00 a.m. at ADR

21  Services, Inc., 50 Fremont Street, Suite 2110, San Francisco, CA 94111.

22        3.      The May 22, 2009 ADR completion deadline is hereby vacated.

23        4.      The ADR completion deadline is continued for 45 days to July 6, 2009.

24        3.      All discovery and motion deadlines pursuant to statutory and local rules will

25  correspond with the ADR completion deadline.

26        **IT IS SO ORDERED.**

27  Date: 5/11/09

28                                       UNITED STATES DISTRICT JUDGE

STIPULATION AND [proposed] ORDER TO CONTINUE ADR          2          G:\Data\DOCS\0160\04028\Stip-C
COMPLETION DEADLINE; CASE NO. C08-04466 JF                           ont-ADR-Deadline.pld

1    motion deadlines pursuant to statutory and local rules will correspond with the ADR completion date.

2

3    DATED:                                    CLAPP, MORONEY, BELLAGAMBA, VUCINICH,
                                               BEEMAN and SCHELEY
4

5                              By:    _____
                                     PATRICK R. CO
6

7

8    DATED:  5 - 7 - 09               LAW OFFICES OF NORMAN NEWHOUSE

9

10                                   By: _____
                                     NORMAN NEWHOUSE
11

12

13   DATED:                          By: _____
                                          FREDERICK D. BUTLER
14

15

16                                        **ORDER**

17        This stipulation having been considered by the Court, and good cause appearing,

18   **IT IS HEREBY ORDERED:**

19        1.      The May 11, 2009 mediation date is vacated.

20        2.      The mediation has been rescheduled to June 26, 2009, at 10:00 a.m. at ADR

21   Services, Inc., 50 Fremont Street, Suite 2110, San Francisco, CA 94111.

22        3.      The May 22, 2009 ADR completion deadine is hereby vacated.

23        4.      The ADR completion deadline is continued for 45 days to July 6, 2009.

24        3.      All discovery and motion deadlines pursuant to statutory and local rules will

25   correspond with the ADR completion deadline.

26        **IT IS SO ORDERED.**

27   Date:

28                                   _____
                                     UNITED STATES DISTRICT JUDGE