JEFFREY M. VUCINICH, ESQ. BAR#: 67906
PATRICK R. CO, ESQ. BAR #: 200160
CLAPP, MORONEY, BELLAGAMBA, VUCINICH,
BEEMAN & SCHELEY
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400 (650) 989-5499 FAX

Attorneys for Defendant
CITY OF EAST PALO ALTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRANNER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EAST PALO ALTO POLICE DEPARTMENT; DARREN MARSHBANK; DAVE CARSON; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO.: C08-04466 JF<br><br>**STIPULATION AND [proposed] ORDER TO DISMISS CASE WITH PREJUDICE** |

　　　The parties, by and through their attorneys of record, hereby stipulate:

　　　1.　　That plaintiff WILLIAM BRANNER has settled this matter with defendant CITY OF EAST PALO ALTO.

　　　2.　　That the settlement required that plaintiff WILLIAM BRANNER dismiss the case in its entirety with prejudice against defendant CITY OF EAST PALO ALTO.

　　　3.　　That the Court enter a Dismissal with Prejudice as to defendant CITY OF EAST PALO ALTO.

　　　4.　　The parties agree to waive any claim for recovery of costs and/or attorney's fees.

　　　5.　　Plaintiff WILLIAM BRANNER agrees to satisfy any liens, including but not limited to, any Medicare liens.

1  IT IS SO STIPULATED.

3  DATED: October 30, 2009        PIERCE & SHEARER, LLP

5  By: /s/ Andrew F. Pierce
6  ANDREW F. PIERCE, ESQ.
   Attorney for Plaintiff WILLIAM BRANNER

8  DATED: October 29, 2009        CLAPP, MORONEY, BELLAGAMBA, VUCINICH,
                                  BEEMAN and SCHELEY

10 By: /s/ Jeffrey M. Vucinich
11 JEFFREY M. VUCINICH
   Attorneys for Defendant CITY OF EAST PALO

## ORDER

The parties hereto, having advised the court by written notice of settlement, that they have agreed to a settlement of this cause, and the parties having stipulated to, IT IS HEREBY ORDERED that this case is dismissed **with** prejudice as to defendant CITY OF EAST PALO ALTO.

DATED: 11/12/09        By: /s/
                       U.S. DISTRICT COURT JUDGE

*WILLIAM BRANNER v. EAST PALO ALTO POLICE DEPARTMENT*
Unites States District Court, Northern District of California Case C08-04466 JF

**PROOF OF SERVICE - Civil**
*[Code of Civ. Proc. §§ 1011, 1013, 1031a, 2015.5]*

**METHOD OF SERVICE:**

☐ By Personal Service  ☒ By Mail  ☐ By Overnight Delivery
☐ By Messenger Service  ☐ By Facsimile  ☒ By E-Mail/Electronic Transmission

1. I am a citizen of the United States and am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to the within action.

2. My place of employment is 1111 Bayhill Drive, Suite 300, San Bruno, CA 94066.

3. On the date set forth below, I caused to be served a true and correct copy of the document described as:

**STIPULATION AND [proposed] ORDER TO DISMISS CASE WITH PREJUDICE**

4. I served the document on the persons below, as follows:

| | |
|---|---|
| Andrew F. Pierce, Esq.<br>Stacy North, Esq. (SB#: 219034)<br>Pierce & Shearer LLP<br>2483 E.Bayshore Road, Suite 202<br>Palo Alto, CA 94303<br>Tel: (650) 843-1900<br>Fax: (650) 843-1999<br>email: apierce@pierceshearer.com<br>*Attys for Plaintiff WILLIAM BRANNER* | Norman Newhouse, Esq.<br>Law Offices of Norman Newhouse<br>483 Seaport Court, Suite 103<br>Redwood City, CA 94063<br>Tel: (650) 365-8534<br>Fax: (650) 365-1218<br>email: norm@normannewhouse.com |

5. The document was served by the following means (specify):

    a. ☐ **BY PERSONAL SERVICE.** I personally delivered the documents to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

    b. ☒ **BY UNITED STATES MAIL.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and (specify one):

        (1) ☐ deposited the sealed envelope with the United States Postal Services, with the postage fully prepaid.

        (2) ☒ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the

same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am resident or employed in the County where the mailing occurred. The envelope or package was placed in the mail at San Bruno, California, County of San Mateo.

    c.    ☐    **BY OVERNIGHT DELIVERY.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I place the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

    d.    ☐    **BY MESSENGER SERVICE.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a professional messenger service for service.

    e.    ☐    **BY FAX TRANSMISSION.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 4. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

    f.    ■    **BY E-MAIL OR ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

■    **(Federal)** I declare that I am employed in the offices of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2009, at San Bruno, California.

                                                                 *Claudia Gomez*